IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANGELICA J. KAUHAKO, individually and as parent and next friend of her minor child, MARIANA DOE,

Plaintiff,

vs.

STATE OF HAWAII BOARD OF EDUCATION DEPARTMENT OF EDUCATION, NELSON SHIGETA, individually and as principal of Waianae High School, KRISTIN LINDQUIST, individually and as Care coordinator of Waianae High School, DOE DEFENDANTS 1-10,

Defendants.

STATE OF HAWAII BOARD OF EDUCATION DEPARTMENT OF EDUCATION, NELSON SHIGETA, individually and as principal of Waianae High School, KRISTIN LINDQUIST, individually and as Care coordinator of Waianae High School, DOE DEFENDANTS 1-10,

Third-Party Plaintiffs,

vs.

RUSTON TOM; DOE DEFENDANTS 1-10

Third-Party Defendants.

CIVIL 13-00567 DKW-KJM

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 28, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Angelica J. Kauhako's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 16, 2016 at Honolulu, Hawai'i.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Angelica J. Kauhako v. State of Hawaii, et al.*; Civil No. 13-00567 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**