IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANGELICA J. KAUHAKO, Individually and as parent and next friend of her minor child, MARIANA DOE, | ) ) ) ) | CV 13-00567 DKW-KJM |
| | ) | ORDER ADOPTING |
| Plaintiff, | ) ) | MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| | ) | |
| vs. | ) ) | |
| STATE OF HAWAII BOARD OF EDUCATION DEPARTMENT OF EDUCATION; NELSON SHIGETA, Individually and as principal of Waianae High School; KRISTIN LINDQUIST, individually and as Care coordinator of Waianae High School; DOE DEFENDANTS 1-10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

        Findings and Recommendation having been filed and served on all parties

on November 28, 2016, and no objections having been filed by any party,

        IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

Recommendation To Deny Plaintiff Angelica J. Kauhako's Motions for Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 19, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_Angelica J. Kauhako v. State of Hawaii Board of Education, et al._;
Civil No. 13-00567 DKW KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**